WISCONSIN EMPLOYMENT RELATIONS BOARD, Appellant, vs. J. P. CULLEN & SON, a copartnership, Respondent.

*May 27—July 1, 1948.*

For the appellant there was a brief by the *Attorney General, Stewart G. Honeck,* deputy attorney general, and *Beatrice Lampert,* assistant attorney general, and oral argument by *Mrs. Lampert.*

For the respondent there was a brief by *McGowan, Geffs, Geffs & Block* of Janesville, and oral argument by *George S. Geffs* and *Jacob Geffs.*

PER CURIAM.*    This is a companion case to *Wisconsin E. R. Board v. J. P. Cullen & Son,* wherein Clarence Allard applied to the Wisconsin Employment Relations Board for redress.   In this action Robert Schroeder was employed by respondent as a laborer on the Marinette project on September 12, 1946, and was later discharged.   The board found the termination of his services was an unfair labor practice and entered a cease-and-desist order and directed notices to be posted by respondent and the employee reimbursed for his loss of wages.   The procedure thereafter was the same as the Allard case.   This case was argued and submitted with the case of *Wisconsin E. R. Board v. J. P. Cullen & Son, ante,* p. 105, 33 N. W. (2d) 182, and is ruled by the decision therein.

Judgment reversed, and the cause remanded for further proceedings according to law.

MARTIN, J., took no part.

---

* The opinion in this case was prepared by the late Mr. Justice BARLOW.